24280. PHILLIPS *v.* PHILLIPS *et al.*

BROYLES, C. J. In a garnishment proceeding, where, upon the rendition of a judgment by the court upon the uncontradicted answer of the garnishees (the traverse to the answer having been dismissed), a motion for a new trial was filed, complaining of "the verdict," when no verdict had been returned, and no exception was taken to the dismissal of the traverse to the answer of the garnishees, the motion for a new trial contained no valid assignment of error and was properly dismissed on motion of the garnishees. *Hill* v. *Calvert Mortgage Co.,* 147 *Ga.* 135 (92 S. E. 882). Furthermore, "a motion for a new trial goes only to the verdict and reaches only such errors of law and fact as contributed to the rendition of the verdict; and therefore errors committed by the court

in the rendition of a decree or judgment can not be reached by a motion for new trial." *Herz* v. *Claflin Co.*, 101 *Ga.* 615 (5) (29 S. E. 33); *Thomas* v. *Clarkson*, 125 *Ga.* 72 (7) (54 S. E. 77, 6 L. R. A. (N. S.) 658). *Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 31, 1935.

*S. M. Watson,* for plaintiff. *P. Z. Geer,* for defendants.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*